UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KHALED ELBEBLAWY,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Defendant's Motion to Exceed the Statutory Cap for Attorney's Fees, ECF No. [21], and the Court being fully advised of the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion, ECF No. [21], is DENIED WITHOUT PREJUDICE. Counsel shall submit time records to support a finding that the case is both extended and complex to permit counsel for the Defendant to exceed the statutory cap of $9,800.00.

**DONE AND ORDERED** this 2nd day of October, 2015, in Fort Lauderdale, Florida.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Cc: counsel of record