UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

KHALED ELBEBLAWY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Motion For Approval of Investigative Costs, ECF No. [22], pursuant to the Criminal Justice Act in Excess of the Statutory Cap, and the Court being fully advised of the premises herein it is hereby

**ORDERED AND ADJUDGED** that said Motion, ECF No. [22], is **GRANTED IN PART.** Counsel for the Defendant is hereby permitted to retain the services of a private investigator at the approved Criminal Justice Act's approved rate of $60.00 an hour. The investigative costs shall be submitted to the Court for approval and determination that the case is extended and/or complex in the event that said costs exceed $15,000.00.

**DONE AND ORDERED** this 2nd day of November, 2015, in Ft. Lauderdale, Florida.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Cc: counsel of record